United States Courts
Southern District of Texas
FILED
*October 20, 2020*
David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | CRIMINAL NO.  4:20CR503 |
| DELEON A. MANOR | § § | |

# INDICTMENT

The United States Grand Jury charges:

### COUNT 1
(Delay or Destruction of Mail by a Postal Employee)

From on or about September 1, 2019 to October 31, 2019 within the Houston Division of the Southern District of Texas,

**DELEON A. MANOR,**

defendant herein, being a United States Postal Service officer or employee, did unlawfully secrete, destroy, detain, delay and open mail matter, which came into his possession, entrusted to him, and intended to be conveyed and delivered by mail through the United States Postal Service.

In violation of Title 18, United States Code, Section 1703(a).

### COUNT 2
(Theft of Mail by Postal Employee)

From on or about September 1, 2019 to October 31, 2019 within the Houston Division of the Southern District of Texas,

**DELEON A. MANOR,**

defendant herein, being a United States Postal Service officer or employee, did unlawfully remove and steal mail matter, which came into his possession, entrusted to him, and intended to

be conveyed and delivered by mail through the United States Postal Service.

In violation of Title 18, United States Code, Section 1709.

A TRUE BILL

**Original Signature on File**
FOREPERSON OF THE GRAND JURY

Ryan K. Patrick
United States Attorney

By: *Joe Porto*
Joe Porto
Assistant United States Attorney
(713) 567-9346